# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
HARRY EDWARD PARISH JR
DELICIA ANN PARISH
301 MOORE AVE
PORTLAND, TN  37148

Case No. **25-00373-NK3-13**

JUDGE NANCY B KING

SSN XXX-XX-5718   SSN XXX-XX-9495

**TRUSTEE'S NOTICE OF CLAIMS FILED IN THE ABOVE STYLED CASE**

Comes now the standing Chapter 13 Trustee who hereby serves notice that the following claims have been filed in the above styled case. The deadline for filing non government claims in this case was **April 09, 2025.** The deadline for filing claims by governmental units was **July 28, 2025.**  After such examination the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below:

| CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| 1305 CLAIM<br>NO ADDRESS GIVEN<br>,   00000 | **$0.00** | UNSECURED - 1305 (O)<br>Disb level: 42 |
|  | DATE FILED:<br>NOT FILED | ACCT:<br>COMM: |
|  | TRUSTEE'S CLAIM NO: 1<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# |
| AMERICREDIT FINANCIAL SERVICES INC<br>DBA GM FINANCIAL<br>P O BOX 183853<br>ARLINGTON, TX  76096 | **$22,886.65** | AUTOMOBILE LOAN (V)<br>Disb level: 21 |
|  | DATE FILED:<br>2/6/2025 | ACCT: **9186**<br>COMM: 2020 CHEVROLET SILVERADO 1500 |
|  | TRUSTEE'S CLAIM NO: 2<br>PERCENT ALLOWED: **100.00 % + 8.75%** | COURT'S CLAIM# 4 |

| Creditor | Amount | Details |
|---|---|---|
| MERCEDES BENZ FINANCIAL SERVICES USA LLC<br>P O BOX 5209<br>CAROL STREAM, IL 60197<br>DATE FILED: 2/19/2025 | $0.00 | 910 AUTOMOBILE LOAN<br>Disb level: 0<br>SURRENDERED<br>ACCT: **4001**<br>COMM: 2024 MERCEDES GLE 350 SURRENDER |
| TRUSTEE'S CLAIM NO: 3<br>PERCENT ALLOWED: **100.00 %** | | COURT'S CLAIM# 7 |
| LAKEVIEW LOAN SERVICING LLC<br>NATIONSTAR MORTGAGE LLC<br>P O BOX 619094<br>DALLAS, TX 75261<br>DATE FILED: 4/7/2025 | $1,579.34 | MTG-ON GOING MTG PYMT<br>Disb level: 21<br>ACCT: **1227**<br>COMM: MTG CONT 301 MOORE AVE |
| TRUSTEE'S CLAIM NO: 4<br>PERCENT ALLOWED: **100.00 %** | | COURT'S CLAIM# 25 |
| LAKEVIEW LOAN SERVICING LLC<br>NATIONSTAR MORTGAGE LLC<br>P O BOX 619094<br>DALLAS, TX 75261<br>DATE FILED: 4/7/2025 | $755.69 | MTG-PRE-PETITION ARRE<br>Disb level: 23<br>ACCT: **1227**<br>COMM: MTG ARRS 301 MOORE AVE THRU JAN 2025 |
| TRUSTEE'S CLAIM NO: 5<br>PERCENT ALLOWED: **100.00 %** | | COURT'S CLAIM# 25 |
| LAKEVIEW LOAN SERVICING LLC<br>NATIONSTAR MORTGAGE LLC<br>P O BOX 619094<br>DALLAS, TX 75261<br>DATE FILED: 4/7/2025 | $4,738.02 | MTG-GAP PYMTS (POST P<br>Disb level: 23<br>ACCT: **1227**<br>COMM: FEB TO APR 2025 301 MOORE AVE |
| TRUSTEE'S CLAIM NO: 6<br>PERCENT ALLOWED: **100.00 %** | | COURT'S CLAIM# 25 |

| Creditor | Amount | Type/Details |
|---|---|---|
| SANTANDER CONSUMER USA INC<br>P O BOX 560284<br>DALLAS, TX 75356<br><br>DATE FILED: 2/20/2025 | $0.00 | AUTOMOBILE LOAN (V)<br>Disb level: 0<br>SURRENDERED<br>ACCT: **5999**<br>COMM: 2020 BUICK ENCLAVE CODEBTOR COSIGNED FOR DAUGHTER SURRENDER |
| TRUSTEE'S CLAIM NO: 7<br>PERCENT ALLOWED: **100.00 %** | | COURT'S CLAIM# 8 |
| ASHLEY FLEMMING<br>1928 OLD UNION CHAPPEL RD<br>BOWLING GREEN, KY 42104<br><br>DATE FILED: NOT FILED | $0.00 | NOTICE ONLY (N)<br>Disb level: 0<br>ACCT:<br>COMM: CODEBTOR |
| TRUSTEE'S CLAIM NO: 8<br>PERCENT ALLOWED: **.00 %** | | COURT'S CLAIM# |
| AMERICAN EXPRESS<br>P O BOX 981535<br>EL PASO, TX 79998<br><br>DATE FILED: NOT FILED | $0.00 | UNSECURED/SPECIAL (I)<br>Disb level: 41<br>ACCT:<br>COMM: |
| TRUSTEE'S CLAIM NO: 9<br>PERCENT ALLOWED: **100.00 % + 8.50%** | | COURT'S CLAIM# |
| AMERICAN EXPRESS NATIONAL BANK<br>BECKET AND LEE<br>P O BOX 3001<br>MALVERN, PA 19355<br><br>DATE FILED: 3/18/2025 | $4,038.24 | UNSECURED/SPECIAL (I)<br>Disb level: 41<br>ACCT: **1002**<br>COMM: |
| TRUSTEE'S CLAIM NO: 10<br>PERCENT ALLOWED: **100.00 % + 8.50%** | | COURT'S CLAIM# 17 |
| AMERICAN EXPRESS NATIONAL BANK<br>BECKETT AND LEE LLP<br>P O BOX 3001<br>MALVERN, PA 19355<br><br>DATE FILED: 3/10/2025 | $13,234.76 | UNSECURED/SPECIAL (I)<br>Disb level: 41<br>ACCT: **1008**<br>COMM: CC 2024CV5830 |

      TRUSTEE'S CLAIM NO: 11    COURT'S CLAIM# 15
      PERCENT ALLOWED: **100.00 % + 8.50%**

---

| APPLE CARD | $0.00 | UNSECURED/SPECIAL (I) |
|---|---|---|
| P O BOX 7247 LOCKBOX 6112 | | Disb level: 41 |
| PHILADELPHIA, PA 19170 | | |
| | DATE FILED: NOT FILED | ACCT: <br> COMM: |

      TRUSTEE'S CLAIM NO: 12    COURT'S CLAIM#
      PERCENT ALLOWED: **100.00 % + 8.50%**

---

| ASCEND FEDERAL CREDIT UNION | $7,771.76 | UNSECURED/SPECIAL (I) |
|---|---|---|
| P O BOX 1210 | | Disb level: 41 |
| 520 AIRPARK DR | | |
| TULLAHOMA, TN 37388 | DATE FILED: 3/10/2025 | ACCT: **9385** <br> COMM: VISA |

      TRUSTEE'S CLAIM NO: 13    COURT'S CLAIM# 16
      PERCENT ALLOWED: **100.00 % + 8.50%**

---

| PORTFOLIO RECOVERY ASSOCIATES LLC | $928.02 | UNSECURED/SPECIAL (I) |
|---|---|---|
| P O BOX 12914 | | Disb level: 41 |
| NORFOLK, VA 23541 | DATE FILED: 4/8/2025 | ACCT: **2902** <br> COMM: CC OLD NAVY |

      TRUSTEE'S CLAIM NO: 14    COURT'S CLAIM# 26
      PERCENT ALLOWED: **100.00 % + 8.50%**

---

| BRINKS HOME | $0.00 | UNSECURED/SPECIAL (I) |
|---|---|---|
| P O BOX 814530 | | Disb level: 41 |
| DALLAS, TX 75381 | | |
| | DATE FILED: NOT FILED | ACCT: <br> COMM: |

      TRUSTEE'S CLAIM NO: 15    COURT'S CLAIM#
      PERCENT ALLOWED: **100.00 % + 8.50%**

| Creditor | Amount | Classification |
|---|---|---|
| BUSINESS REVENUE SYSTEMS<br>P O BOX 13077<br>DES MOINES, IA 50310 | $0.00 | UNSECURED/SPECIAL (I)<br>Disb level: 41 |
| DATE FILED: NOT FILED | | ACCT:<br>COMM: |
| TRUSTEE'S CLAIM NO: 16 | COURT'S CLAIM# | |
| PERCENT ALLOWED: **100.00 % + 8.50%** | | |

---

| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL 60677 | $2,442.83 | UNSECURED/SPECIAL (I)<br>Disb level: 41 |
|---|---|---|
| DATE FILED: 3/24/2025 | | ACCT: **3697**<br>COMM: MASTERCARD CAPITAL ONE |
| TRUSTEE'S CLAIM NO: 17 | COURT'S CLAIM# 18 | |
| PERCENT ALLOWED: **100.00 % + 8.50%** | | |

---

| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL 60677 | $1,304.71 | UNSECURED/SPECIAL (I)<br>Disb level: 41 |
|---|---|---|
| DATE FILED: 3/24/2025 | | ACCT: **0382**<br>COMM: MASTERCARD CAPITAL ONE |
| TRUSTEE'S CLAIM NO: 18 | COURT'S CLAIM# 19 | |
| PERCENT ALLOWED: **100.00 % + 8.50%** | | |

---

| CHASE<br>ATTN ACCOUNT INQUIRIES<br>P O BOX 15298<br>WILMINGTON, DE 19850 | $0.00 | UNSECURED/SPECIAL (I)<br>Disb level: 41 |
|---|---|---|
| DATE FILED: NOT FILED | | ACCT:<br>COMM: |
| TRUSTEE'S CLAIM NO: 19 | COURT'S CLAIM# | |
| PERCENT ALLOWED: **100.00 % + 8.50%** | | |

---

| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE 19850 | $5,500.77 | UNSECURED/SPECIAL (I)<br>Disb level: 41 |
|---|---|---|
| DATE FILED: 3/6/2025 | | ACCT: **1086**<br>COMM: CC SOUTHWEST RAPID REWARDS |

| | | |
|---|---|---|
| | TRUSTEE'S CLAIM NO: 20 | COURT'S CLAIM# 13 |
| | PERCENT ALLOWED: **100.00 % + 8.50%** | |

| | | |
|---|---|---|
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | **$10,889.36** | UNSECURED/SPECIAL (I)<br>Disb level: 41 |
| | DATE FILED:<br>3/6/2025 | ACCT: **8343**<br>COMM: CC MARRIOTT BONVOY |

| | | |
|---|---|---|
| | TRUSTEE'S CLAIM NO: 21 | COURT'S CLAIM# 14 |
| | PERCENT ALLOWED: **100.00 % + 8.50%** | |

| | | |
|---|---|---|
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | **$5,003.90** | UNSECURED/SPECIAL (I)<br>Disb level: 41 |
| | DATE FILED:<br>2/24/2025 | ACCT: **2152**<br>COMM: CC SOUTHWEST RAPID REWARDS |

| | | |
|---|---|---|
| | TRUSTEE'S CLAIM NO: 22 | COURT'S CLAIM# 9 |
| | PERCENT ALLOWED: **100.00 % + 8.50%** | |

| | | |
|---|---|---|
| RESURGENT RECEIVABLES LLC<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603 | **$423.98** | UNSECURED/SPECIAL (I)<br>Disb level: 41 |
| | DATE FILED:<br>4/3/2025 | ACCT: **6632**<br>COMM: CC CITIBANK |

| | | |
|---|---|---|
| | TRUSTEE'S CLAIM NO: 23 | COURT'S CLAIM# 24 |
| | PERCENT ALLOWED: **100.00 % + 8.50%** | |

| | | |
|---|---|---|
| COMPREHENSIVE RHEUMATOLOGY<br>FOX COLLECTION CENTER<br>P O BOX 528<br>GOODLETTSVILLE, TN  37070 | **$0.00** | UNSECURED/SPECIAL (I)<br>Disb level: 41 |
| | DATE FILED:<br>NOT FILED | ACCT:<br>COMM: |

| | | |
|---|---|---|
| | TRUSTEE'S CLAIM NO: 24 | COURT'S CLAIM# |
| | PERCENT ALLOWED: **100.00 % + 8.50%** | |

| | | |
|---|---|---|
| DISCOVER BANK<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | **$7,806.92**<br><br>DATE FILED:<br>2/6/2025 | UNSECURED/SPECIAL (I)<br>Disb level: 41<br>ACCT: **9691**<br>COMM: CC |

TRUSTEE'S CLAIM NO: 25    COURT'S CLAIM# 5
PERCENT ALLOWED: **100.00 % + 8.50%**

---

| | | |
|---|---|---|
| DISCOVER BANK<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | **$9,087.00**<br><br>DATE FILED:<br>3/5/2025 | UNSECURED/SPECIAL (I)<br>Disb level: 41<br>ACCT: **7194**<br>COMM: CC |

TRUSTEE'S CLAIM NO: 26    COURT'S CLAIM# 12
PERCENT ALLOWED: **100.00 % + 8.50%**

---

| | | |
|---|---|---|
| FROST ARNETT<br>P O BOX 198988<br>NASHVILLE, TN  37219 | **$0.00**<br><br>DATE FILED:<br>NOT FILED | UNSECURED/SPECIAL (I)<br>Disb level: 41<br>ACCT:<br>COMM: |

TRUSTEE'S CLAIM NO: 27    COURT'S CLAIM#
PERCENT ALLOWED: **100.00 % + 8.50%**

---

| | | |
|---|---|---|
| FROST ARNETT<br>P O BOX 198988<br>NASHVILLE, TN  37219 | **$0.00**<br><br>DATE FILED:<br>NOT FILED | UNSECURED/SPECIAL (I)<br>Disb level: 41<br>ACCT:<br>COMM: |

TRUSTEE'S CLAIM NO: 28    COURT'S CLAIM#
PERCENT ALLOWED: **100.00 % + 8.50%**

---

| | | |
|---|---|---|
| FROST ARNETT<br>P O BOX 198988<br>NASHVILLE, TN  37219 | **$0.00**<br><br>DATE FILED:<br>NOT FILED | UNSECURED/SPECIAL (I)<br>Disb level: 41<br>ACCT:<br>COMM: |

TRUSTEE'S CLAIM NO: 29     COURT'S CLAIM#
PERCENT ALLOWED: **100.00 % + 8.50%**

---

| | | |
|---|---|---|
| HOSPITAL MEDICINE SERVICES OF TN<br>P O BOX 668<br>BRENTWOOD, TN 37024 | **$0.00**<br><br>DATE FILED:<br>NOT FILED | UNSECURED/SPECIAL (I)<br>Disb level: 41<br><br>ACCT:<br>COMM: |

TRUSTEE'S CLAIM NO: 30     COURT'S CLAIM#
PERCENT ALLOWED: **100.00 % + 8.50%**

---

| | | |
|---|---|---|
| KOHLS<br>P O BOX 3043<br>MILWAUKEE, WI 53201 | **$0.00**<br><br>DATE FILED:<br>NOT FILED | UNSECURED/SPECIAL (I)<br>Disb level: 41<br><br>ACCT:<br>COMM: |

TRUSTEE'S CLAIM NO: 31     COURT'S CLAIM#
PERCENT ALLOWED: **100.00 % + 8.50%**

---

| | | |
|---|---|---|
| MEDICREDIT<br>111 CORP OFFICE DR STE 200<br>EARTH CITY, MO 63045 | **$0.00**<br><br>DATE FILED:<br>NOT FILED | UNSECURED/SPECIAL (I)<br>Disb level: 41<br><br>ACCT:<br>COMM: |

TRUSTEE'S CLAIM NO: 32     COURT'S CLAIM#
PERCENT ALLOWED: **100.00 % + 8.50%**

---

| | | |
|---|---|---|
| HENDERSONVILLE MEDICAL CENTER<br>RESURGENT CAPITAL SERVICES<br>P O BOX 1927<br>GREENVILLE, SC 29602 | **$150.00**<br><br>DATE FILED:<br>2/4/2025 | UNSECURED/SPECIAL (I)<br>Disb level: 41<br><br>ACCT: **7775**<br>COMM: MEDICREDIT |

TRUSTEE'S CLAIM NO: 33     COURT'S CLAIM# 1
PERCENT ALLOWED: **100.00 % + 8.50%**

| | | |
|---|---|---|
| NASHVILLE ADJUSTMENT BUREAU<br>P O BOX 198988<br>NASHVILLE, TN  37219 | **$0.00**<br><br>DATE FILED:<br>NOT FILED | UNSECURED/SPECIAL (I)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| TRUSTEE'S CLAIM NO: 34 | | COURT'S CLAIM# |
| PERCENT ALLOWED: **100.00 % + 8.50%** | | |

| | | |
|---|---|---|
| NASHVILLE SKIN CARE<br>3040 BUSINESS PARK CIRCLE<br>GOODLETTSVILLE, TN  37072 | **$0.00**<br><br>DATE FILED:<br>NOT FILED | UNSECURED/SPECIAL (I)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| TRUSTEE'S CLAIM NO: 35 | | COURT'S CLAIM# |
| PERCENT ALLOWED: **100.00 % + 8.50%** | | |

| | | |
|---|---|---|
| NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD, VA  22119 | **$18,829.97**<br><br>DATE FILED:<br>3/4/2025 | UNSECURED/SPECIAL (I)<br>Disb level: 41<br><br>ACCT: **8835**<br>COMM: MASTERCARD<br>2025CV279 |
| TRUSTEE'S CLAIM NO: 36 | | COURT'S CLAIM# 11 |
| PERCENT ALLOWED: **100.00 % + 8.50%** | | |

| | | |
|---|---|---|
| US DEPARTMENT OF EDUCATION<br>NELNET<br>P O BOX 2837<br>PORTLAND, OR  97208 | **$155.47**<br><br>DATE FILED:<br>2/18/2025 | UNSECURED-IDR-STUDENT<br>Disb level: 21<br><br>ACCT: **9495**<br>COMM: STUDENT LOAN |
| TRUSTEE'S CLAIM NO: 37 | | COURT'S CLAIM# 6 |
| PERCENT ALLOWED: **100.00 %** | | |

| | | |
|---|---|---|
| HENDERSONVILLE MEDICAL<br>CENTER<br>RESURGENT CAPITAL SERVICES<br>P O BOX 1927<br>GREENVILLE, SC  29602 | **$80.05**<br><br><br><br>DATE FILED:<br>2/4/2025 | UNSECURED/SPECIAL (I)<br>Disb level: 41<br><br><br>ACCT: **0494**<br>COMM: NPAS SOLUTIONS |

TRUSTEE'S CLAIM NO: 38     COURT'S CLAIM# 2
PERCENT ALLOWED: **100.00 % + 8.50%**

---

| | | |
|---|---|---|
| NPAS SOLUTIONS<br>P O BOX 505606<br>SAINT LOUIS, MO  63150 | $0.00 | UNSECURED/SPECIAL (I)<br>Disb level: 41 |
| | DATE FILED:<br>NOT FILED | ACCT:<br>COMM: |

TRUSTEE'S CLAIM NO: 39     COURT'S CLAIM#
PERCENT ALLOWED: **100.00 % + 8.50%**

---

| | | |
|---|---|---|
| PATHOLOGY ASSOC OF ST THOMAS<br>P O BOX 30309<br>CHARLESTON, SC  29417 | $0.00 | UNSECURED/SPECIAL (I)<br>Disb level: 41 |
| | DATE FILED:<br>NOT FILED | ACCT:<br>COMM: |

TRUSTEE'S CLAIM NO: 40     COURT'S CLAIM#
PERCENT ALLOWED: **100.00 % + 8.50%**

---

| | | |
|---|---|---|
| STAR PHYSICAL THERAPY<br>P O BOX 681478<br>FRANKLIN, TN  37068 | $0.00 | UNSECURED/SPECIAL (I)<br>Disb level: 41 |
| | DATE FILED:<br>NOT FILED | ACCT:<br>COMM: |

TRUSTEE'S CLAIM NO: 41     COURT'S CLAIM#
PERCENT ALLOWED: **100.00 % + 8.50%**

---

| | | |
|---|---|---|
| STAR PHYSICAL THERAPY<br>P O BOX 681478<br>FRANKLIN, TN  37068 | $0.00 | UNSECURED/SPECIAL (I)<br>Disb level: 41 |
| | DATE FILED:<br>NOT FILED | ACCT:<br>COMM: |

TRUSTEE'S CLAIM NO: 42     COURT'S CLAIM#
PERCENT ALLOWED: **100.00 % + 8.50%**

| Creditor | Amount | Class | Date Filed | Account / Comm | Trustee's Claim | Court's Claim | Percent Allowed |
|---|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL 60677 | $2,368.41 | UNSECURED/SPECIAL (I)<br>Disb level: 41 | 3/26/2025 | ACCT: **5298**<br>COMM: CC AMAZON | 43 | 21 | **100.00 % + 8.50%** |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL 60677 | $4,980.25 | UNSECURED/SPECIAL (I)<br>Disb level: 41 | 3/25/2025 | ACCT: **8732**<br>COMM: MASTERCARD SAMS CLUB | 44 | 20 | **100.00 % + 8.50%** |
| TENNESSEE HEART AND VASCULAR<br>P O BOX 740776<br>CINCINNATI, OH 45274 | $0.00 | UNSECURED/SPECIAL (I)<br>Disb level: 41 | NOT FILED | ACCT:<br>COMM: | 45 |  | **100.00 % + 8.50%** |
| TOA<br>301 21ST AVE NORTH<br>NASHVILLE, TN 37203 | $0.00 | UNSECURED/SPECIAL (I)<br>Disb level: 41 | NOT FILED | ACCT:<br>COMM: | 46 |  | **100.00 % + 8.50%** |
| HENDERSONVILLE MEDICAL CENTER<br>RESURGENT CAPITAL SERVICES<br>P O BOX 1927<br>GREENVILLE, SC 29602 | $1,879.08 | UNSECURED/SPECIAL (I)<br>Disb level: 41 | 2/4/2025 | ACCT: **5726**<br>COMM: TRISTAR |  |  |  |

TRUSTEE'S CLAIM NO: 47     COURT'S CLAIM# 3
PERCENT ALLOWED: **100.00 % + 8.50%**

---

| | | |
|---|---|---|
| TRISTAR MEDICAL GROUP<br>P O BOX 740776<br>CINCINNATI, OH  45274 | $0.00<br><br>DATE FILED:<br>NOT FILED | UNSECURED/SPECIAL (I)<br>Disb level: 41<br>ACCT:<br>COMM: |

TRUSTEE'S CLAIM NO: 48     COURT'S CLAIM#
PERCENT ALLOWED: **100.00 % + 8.50%**

---

| | | |
|---|---|---|
| UNITED COLLECTION BUREAU<br>P O BOX 140190<br>5620 SO WYCK BLVD STE 206<br>TOLEDO, OH  43614 | $0.00<br><br>DATE FILED:<br>NOT FILED | UNSECURED/SPECIAL (I)<br>Disb level: 41<br>ACCT:<br>COMM: |

TRUSTEE'S CLAIM NO: 49     COURT'S CLAIM#
PERCENT ALLOWED: **100.00 % + 8.50%**

---

| | | |
|---|---|---|
| VANDERBILT HEALTH<br>3841 GREEN HILLS VILLAGE DR<br>STE 200<br>NASHVILLE, TN  37215 | $0.00<br><br>DATE FILED:<br>NOT FILED | UNSECURED/SPECIAL (I)<br>Disb level: 41<br>ACCT:<br>COMM: |

TRUSTEE'S CLAIM NO: 50     COURT'S CLAIM#
PERCENT ALLOWED: **100.00 % + 8.50%**

---

| | | |
|---|---|---|
| VANDERBILT HEALTH<br>P O BOX 121171<br>DALLAS, TX  75312 | $0.00<br><br>DATE FILED:<br>NOT FILED | UNSECURED/SPECIAL (I)<br>Disb level: 41<br>ACCT:<br>COMM: |

TRUSTEE'S CLAIM NO: 51     COURT'S CLAIM#
PERCENT ALLOWED: **100.00 % + 8.50%**

| | | |
|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677 | **$2,975.25**<br><br>DATE FILED:<br>3/26/2025 | UNSECURED/SPECIAL (I)<br>Disb level: 41<br><br>ACCT: **7841**<br>COMM: CC VENMO |
| TRUSTEE'S CLAIM NO: 52 | | COURT'S CLAIM# 22 |
| PERCENT ALLOWED: **100.00 % + 8.50%** | | |

| | | |
|---|---|---|
| ALDRIDGE PITE LLP<br>SIX PIEDMONT CENTER<br>3525 PIEDMONT ROAD N E<br>SUITE 700<br>ATLANTA, GA  30305 | **$0.00**<br><br>DATE FILED:<br>NOT FILED | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: LAKEVIEW LOAN SERVICING |
| TRUSTEE'S CLAIM NO: 53 | | COURT'S CLAIM# |
| PERCENT ALLOWED: **.00 %** | | |

| | | |
|---|---|---|
| HENDERSONVILLE MEDICAL CENTER<br>RESURGENT CAPITAL SERVICES<br>P O BOX 1927<br>GREENVILLE, SC  29602 | **$772.33**<br><br>DATE FILED:<br>3/4/2025 | UNSECURED/SPECIAL (I)<br>Disb level: 41<br><br>ACCT: **1928**<br>COMM: |
| TRUSTEE'S CLAIM NO: 54 | | COURT'S CLAIM# 10 |
| PERCENT ALLOWED: **100.00 % + 8.50%** | | |

| | | |
|---|---|---|
| ADVANCED CLIMATE STORAGE<br>1020 FOUR WALLS WAY<br>P O BOX 7896<br>PORTLAND, TN  37148 | **$0.00**<br><br>DATE FILED:<br>NOT FILED | COSTED - LEASE PYMT/P<br>Disb level: 0<br>REJECT<br>ACCT:<br>COMM: STORAGE |
| TRUSTEE'S CLAIM NO: 55 | | COURT'S CLAIM# |
| PERCENT ALLOWED: **.00 %** | | |

| | | |
|---|---|---|
| VERIZON<br>BY AIS INFOSOURCE LP AS AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210 | **$86.48**<br><br>DATE FILED:<br>3/27/2025 | UNSECURED/SPECIAL (I)<br>Disb level: 41<br><br>ACCT: **0001**<br>COMM: |

TRUSTEE'S CLAIM NO: 56     COURT'S CLAIM# 23
PERCENT ALLOWED: **100.00 % + 8.50%**

| | | |
|---|---|---|
| MERCEDES BENZ FINANCIAL SERVICES USA LLC<br>P O BOX 5209<br>CAROL STREAM, IL 60197 | **$39,367.76**<br><br>DATE FILED:<br>6/24/2025 | UNSECURED/SPECIAL (I)<br>Disb level: 41<br><br>ACCT: **4001**<br>COMM: 2024 MERCEDES GLE 350 DEFICIENCY AMENDED |

TRUSTEE'S CLAIM NO: 57     COURT'S CLAIM# 7
PERCENT ALLOWED: **100.00 % + 8.50%**

| | | |
|---|---|---|
| LAKEVIEW LOAN SERVICING LLC<br>NATIONSTAR MORTGAGE LLC<br>P O BOX 619094<br>DALLAS, TX 75261 | **$350.00**<br><br>DATE FILED:<br>7/23/2025 | MTG-FEES, COSTS & EXP<br>Disb level: 23<br><br>ACCT: **1227**<br>COMM: |

TRUSTEE'S CLAIM NO: 58     COURT'S CLAIM# 25
PERCENT ALLOWED: **100.00 %**

TOTAL     $173,776.19

The Trustee proposes to pay on such claims in accordance with the confirmed plan, unless such claims are disallowed.

Accordingly, the Trustee notifies the court and the debtor that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan.

| 08/21/25 | JL | /s/ Henry E. Hildebrand, III |
|---|---|---|
| DATE | INITIALS | HENRY E. HILDEBRAND, III<br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN 37203<br>PHONE: 615-244-1101<br>pleadings@ch13nsh.com |

cc:

| | |
|---|---|
| HENRY E. HILDEBRAND, III<br>HARRY EDWARD PARISH JR<br>DELICIA ANN PARISH<br>301 MOORE AVE<br>PORTLAND, TN  37148 | CHRISTOPHER M KERNEY<br>519 SOUTH WATER AVE<br>GALLATIN, TN  37066 |